UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERIGERTA DEDA,<br><br>Plaintiff,<br><br>- against -<br><br>CLUB ON BROADWAY, LLC, et al.,<br><br>Defendants. | : | 25-CV-822 (JHR) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on August 6, 2026: The Court grants in part and denies in part Plaintiff's letter motion to compel at Dkt. 37. Defendants shall produce all responses to interrogatories, transcripts of depositions, responses to requests for admission, and any testimony before the New York State Liquor Authority in the proceedings numbered 1, 2, and 6 on page 2 of Dkt. 37. Although not specified at the conference, Defendants shall also produce any communications from the New York State Liquor Authority that identify the basis for any revocation, suspension, violation, or denial of renewal during the relevant time period.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 37.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2026
New York, New York

Copies transmitted this date to all counsel of record.